HARRINGTON, FOXX, DUBROW & CANTER, LLP
KEVIN J. GRAY, State Bar No. 142685
655 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone (415) 288-6600
Facsimile (415) 288-6618
kgray@hfdclaw.com

E-filing

Attorneys for OFFICEMAX NORTH AMERICA, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

MURRAY GORDON, JANET GORDON, CO-TRUSTEES OF THE GORDON FAMILY TRUST AND LOIS ARNOLD, TRUSTEE OF THE RICHARD ARNOLD FAMILY TRUST,

Plaintiffs,

v.

OFFICEMAX, INC., DOES 1-20,,

Defendants.

CASE NO. CV 08 1677 EDL

**NOTICE OF INTERESTED PARTIES**

(Contra Costa County Superior Court Case No. C08-00405 )

Defendant OFFICEMAX NORTH AMERICA, INC. an Ohio corporation, by and through its counsel of record, Harrington, Foxx, Dubrow & Canter, hereby certifies pursuant to Fed. R. Civ. P. 7.1(a), that the following identified individuals and/or companies may have a pecuniary interest in the outcome of this case:

1. Defendant, OfficeMax North America, Inc., is an Ohio corporation with its principal place of business in Illinois. It is a wholly-owned subsidiary of OfficeMax Incorporated.

2. OfficeMax Incorporated is the parent company of Defendant, OfficeMax North America, Inc. OfficeMax Incorporated is a Delaware corporation with its principal place of

business in Illinois. Its shares are publicly traded on the New York Stock Exchange. OfficeMax Incorporated has no parent corporation. To the best of Defendant's knowledge, no individual or publicly-held corporation owns 10% or more of OfficeMax Incorporated's common stock, with the following exceptions:

    (A)    FMR LLC (formerly FMR Corp.) and Edward C. Johnson 3d have declared that they are the beneficial owner, in the aggregate, of 10% or more of OfficeMax Incorporated's common stock through their respective control of (i) Fidelity Management & Research Company, (ii) Fidelity Value Fund, (iii) Strategic Advisers, Inc., (iv) Pyramis Global Advisors Trust Company, and (v) Fidelity International Limited.

    (B)    Lord, Abbett & Co. LLC has declared that it is the beneficial owner of 10% or more of OfficeMax Incorporated's common stock.

The only current subsidiary or affiliate of OfficeMax Incorporated whose stock is publicly held is Cuban Electric Company, a Florida corporation; and

3. Plaintiffs Murray Gordon, Janet Gordon, Co-Trustees of the Gordon Family Trust, and Lois Arnold, Trustee of the Richard Arnold Family Trust.

DATED: March 27, 2008        HARRINGTON, FOXX, DUBROW & CANTER, LLP

By: _____
KEVIN J. GRAY
Attorneys for OFFICEMAX NORTH AMERICA, INC.

-2-
NOTICE OF INTERESTED PARTIES

PROOF OF SERVICE
*Murray Gordon, et al. v. Office Max, et al.*

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 655 Montgomery Street, Suite 1100, San Francisco, California 94111.

On **March 27, 2008**, I served the foregoing document described as follows:

**NOTICE OF INTERESTED PARTIES**

on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as stated below:

Shelly A. Gordon
Law Offices of Shelly A. Gordon
1946 Embarcadero, Suite 200
Oakland, CA 94606
(510) 535-162

BY MAIL AS FOLLOWS:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on March 27, 2008, at San Francisco, California.

☐   (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   (Federal)   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
BERLITA M. UMADHAY

PROOF OF SERVICE