HARRINGTON, FOXX, DUBROW & CANTER, LLP
KEVIN J. GRAY, State Bar No. 142685
655 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone (415) 288-6600
Facsimile (415) 288-6618
kgray@hfdclaw.com

Attorneys for OFFICEMAX NORTH AMERICA, INC.

E-filing

FILED
08 MAR 27 PM 3: 10
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 08   1677   EDL

| | |
|---|---|
| MURRAY GORDON, JANET GORDON, CO-TRUSTEES OF THE GORDON FAMILY TRUST AND LOIS ARNOLD, TRUSTEE OF THE RICHARD ARNOLD FAMILY TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> OFFICEMAX, INC., DOES 1-20,, <br><br> Defendants. | CASE NO. <br><br> NOTICE OF RELATED CASES <br><br> (Contra Costa County Superior Court Case No. C08-00405 ) |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Defendant, OfficeMax North America, Inc. hereby states that it is unaware of any related cases that have been filed in the Northern District of California.

DATED: March 27 2008

HARRINGTON, FOXX, DUBROW & CANTER, LLP

By: _____
KEVIN J. GRAY
Attorneys for OFFICEMAX NORTH AMERICA, INC.

PROOF OF SERVICE
*Murray Gordon, et al. v. Office Max, et al.*

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 655 Montgomery Street, Suite 1100, San Francisco, California 94111.

On **March 27, 2008**, I served the foregoing document described as follows:

**NOTICE OF RELATED CASES**

on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as stated below:

Shelly A. Gordon
Law Offices of Shelly A. Gordon
1946 Embarcadero, Suite 200
Oakland, CA 94606
(510) 535-162

BY MAIL AS FOLLOWS:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on March 27, 2008, at San Francisco, California.

☐   (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   (Federal)   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

/BERLITA M. UMADHAY

PROOF OF SERVICE