HARRINGTON, FOXX, DUBROW & CANTER, LLP
KEVIN J. GRAY, State Bar No. 142685
655 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone (415) 288-6600
Facsimile (415) 288-6618
kgray@hfdclaw.com

E-filing

Attorneys for OFFICEMAX NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MURRAY GORDON, JANET GORDON, CO-TRUSTEES OF THE GORDON FAMILY TRUST AND LOIS ARNOLD, TRUSTEE OF THE RICHARD ARNOLD FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICEMAX, INC., DOES 1-20,,<br><br>Defendants. | CASE NO. 08 1677 EDL<br><br>CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT. |

Pursuant to Federal Rule of Civil Procedure 5(d), attached hereto as Exhibit "A" is a true and correct copy of the Proof of Service of the Notice to Adverse Party of Removal to Federal Court.

DATED: March 27, 2008        HARRINGTON, FOXX, DUBROW & CANTER, LLP

By: _____
KEVIN J. GRAY
Attorneys for OFFICEMAX NORTH AMERICA, INC.

CERTIFICATE OF SERVICE

PROOF OF SERVICE
*Murray Gordon, et al. v. Office Max, et al.*

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 655 Montgomery Street, Suite 1100, San Francisco, California 94111.

On **March 27, 2008**, I served the foregoing document described as follows:

**DEFENDANT'S NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as stated below:

Shelly A. Gordon
Law Offices of Shelly A. Gordon
1946 Embarcadero, Suite 200
Oakland, CA 94606
(510) 535-162

BY MAIL AS FOLLOWS:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on March 27, 2008, at San Francisco, California.

☒ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
BERLITA M. UMADHAY

PROOF OF SERVICE

**PROOF OF SERVICE**
*Murray Gordon, et al. v. Office Max, et al.*

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

    I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 655 Montgomery Street, Suite 1100, San Francisco, California 94111.

    On **March 27, 2008**, I served the foregoing document described as follows:

**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT.**

on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as stated below:

Shelly A. Gordon
Law Offices of Shelly A. Gordon
1946 Embarcadero, Suite 200
Oakland, CA 94606
(510) 535-162

BY MAIL AS FOLLOWS:

    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    Executed on March 27, 2008, at San Francisco, California.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
BERLITA M. UMADHAY

PROOF OF SERVICE