1 HARRINGTON, FOXX, DUBROW & CANTER, LLP
KEVIN J. GRAY, State Bar No. 142685
2 655 Montgomery Street, Suite 1100
San Francisco, California 94111
3 Telephone (415) 288-6600
Facsimile (415) 288-6618
4 kgray@hfdclaw.com

5 Attorneys for OFFICEMAX NORTH AMERICA, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MURRAY GORDON, JANET GORDON, CO-TRUSTEES OF THE GORDON FAMILY TRUST AND LOIS ARNOLD, TRUSTEE OF THE RICHARD ARNOLD FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICEMAX, INC., DOES 1-20,,<br><br>Defendants. | CASE NO. C 08-01677 EDL<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1) Plaintiffs, MURRAY GORDON, JANET GORDON, CO-TRUSTEES OF THE GORDON FAMILY TRUST AND LOIS ARNOLD, TRUSTEE OF THE RICHARD ARNOLD FAMILY TRUST and Defendant OFFICEMAX NORTH AMERICA, INC., through their attorneys' undersigned, stipulate and agree as follows:

1. The above-captioned matter may be dismissed as to all claims and all Defendants, with prejudice;

///
///

STIPULATION OF DISMISSAL AND ORDER THEREON

HARRINGTON, FOXX, DUBROW & CANTER, LLP
655 MONTGOMERY STREET, SUITE 1100
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE (415) 288-6600

2. Each party is to bear their/its own costs and attorneys' fees as per the Settlement Agreement;

3. The Court shall retain jurisdiction for purposes of enforcing the settlement agreement; and

4. This stipulation and order may be signed in counterparts.

DATED: June 17, 2008           LAW OFFICES OF SHELLY A. GORDON

                               By: _____
                                   SHELLY A. GORDON
                                   Attorneys for MURRAY GORDON, JANET
                                   GORDON, CO-TRUSTEES OF THE
                                   GORDON FAMILY TRUST AND LOIS
                                   ARNOLD, TRUSTEE OF THE RICHARD
                                   ARNOLD FAMILY TRUST

DATED: June 19, 2008           HARRINGTON, FOXX, DUBROW & CANTER, LLP

                               By: _____
                                   KEVIN J. GRAY
                                   Attorneys for OFFICEMAX NORTH
                                   AMERICA, INC.

## ORDER

Pursuant to the stipulation of the parties, **IT IS ORDERED** that the above-captioned matter is dismissed as to all claims and all Defendants, with prejudice, and that the court shall retain jurisdiction for purposes of enforcing the settlement agreement.

DATED: _____
                               _____
                               The Honorable ELIZABETH D. LAPORTE
                               United States Magistrate Judge

-2-
STIPULATION OF DISMISSAL AND ORDER THEREON

PROOF OF SERVICE
*Murray Gordon, et al. v. Office Max, et al.*

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 655 Montgomery Street, Suite 1100, San Francisco, California 94111.

On **June 19, 2008**, I served the foregoing document described as follows:

**STIPULATION OF DISMISSAL AND ORDER THEREON**

on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as stated below:

    Shelly A. Gordon
    Law Offices of Shelly A. Gordon
    1946 Embarcadero, Suite 200
    Oakland, CA 94606

    (510) 535-162

BY MAIL AS FOLLOWS:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **June 19, 2008**, at San Francisco, California.

☐    (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒    (Federal)    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

                                           */s/ B. Umadhay*
                                           _____
                                           BERLITA M. UMADHAY

HARRINGTON, FOXX, DUBROW & CANTER, LLP
655 MONTGOMERY STREET, SUITE 1100
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE (415) 288-6600

1 | HARRINGTON, FOXX, DUBROW & CANTER, LLP
  | KEVIN J. GRAY, State Bar No. 142685
2 | 655 Montgomery Street, Suite 1100
  | San Francisco, California 94111
3 | Telephone (415) 288-6600
  | Facsimile (415) 288-6618
4 | kgray@hfdclaw.com

5 | Attorneys for OFFICEMAX NORTH AMERICA, INC.

6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MURRAY GORDON, JANET GORDON, CO-TRUSTEES OF THE GORDON FAMILY TRUST AND LOIS ARNOLD, TRUSTEE OF THE RICHARD ARNOLD FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICEMAX, INC., DOES 1-20,,<br><br>Defendants. | CASE NO. C 08-01677 EDL<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1) Plaintiffs, MURRAY GORDON, JANET GORDON, CO-TRUSTEES OF THE GORDON FAMILY TRUST AND LOIS ARNOLD, TRUSTEE OF THE RICHARD ARNOLD FAMILY TRUST and Defendant OFFICEMAX NORTH AMERICA, INC., through their attorneys' undersigned, stipulate and agree as follows:

1. The above-captioned matter may be dismissed as to all claims and all Defendants, with prejudice;

///
///

STIPULATION OF DISMISSAL AND ORDER THEREON

2. Each party is to bear their/its own costs and attorneys' fees as per the Settlement Agreement;

3. The Court shall retain jurisdiction for purposes of enforcing the settlement agreement; and

4. This stipulation and order may be signed in counterparts.

DATED: June 17, 2008        LAW OFFICES OF SHELLY A. GORDON

By: _____
SHELLY A. GORDON
Attorneys for MURRAY GORDON, JANET GORDON, CO-TRUSTEES OF THE GORDON FAMILY TRUST AND LOIS ARNOLD, TRUSTEE OF THE RICHARD ARNOLD FAMILY TRUST

DATED: June 19, 2008        HARRINGTON, FOXX, DUBROW & CANTER, LLP

By: _____
KEVIN J. GRAY
Attorneys for OFFICEMAX NORTH AMERICA, INC.

### ORDER

Pursuant to the stipulation of the parties, **IT IS ORDERED** that the above-captioned matter is dismissed as to all claims and all Defendants, with prejudice, and that the court shall retain jurisdiction for purposes of enforcing the settlement agreement.

DATED: _____
The Honorable ELIZABETH D. LAPORTE
United States Magistrate Judge

-2-
STIPULATION OF DISMISSAL AND ORDER THEREON

PROOF OF SERVICE
*Murray Gordon, et al. v. Office Max, et al.*

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 655 Montgomery Street, Suite 1100, San Francisco, California 94111.

On **June 19, 2008**, I served the foregoing document described as follows:

**STIPULATION OF DISMISSAL AND ORDER THEREON**

on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as stated below:

> Shelly A. Gordon
> Law Offices of Shelly A. Gordon
> 1946 Embarcadero, Suite 200
> Oakland, CA 94606
>
> (510) 535-162

BY MAIL AS FOLLOWS:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **June 19, 2008**, at San Francisco, California.

☐  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒  (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
BERLITA M. UMADHAY

PROOF OF SERVICE