1  HARRINGTON, FOXX, DUBROW & CANTER, LLP
   KEVIN J. GRAY, State Bar No. 142685
2  655 Montgomery Street, Suite 1100
   San Francisco, California 94111
3  Telephone (415) 288-6600
   Facsimile (415) 288-6618
4  kgray@hfdclaw.com

5  Attorneys for OFFICEMAX NORTH AMERICA,
   INC.
6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12 MURRAY GORDON, JANET GORDON, CO-    ) CASE NO. C 08-01677 EDL
   TRUSTEES OF THE GORDON FAMILY       )
13 TRUST AND LOIS ARNOLD, TRUSTEE OF   )
   THE RICHARD ARNOLD FAMILY TRUST,    ) JOINT CONSENT TO PROCEED BEFORE
                                       ) A UNITED STATES MAGISTRATE
14         Plaintiffs,                 ) JUDGE
                                       )
15    v.                               )
                                       )
16 OFFICEMAX, INC., DOES 1-20,,        )
                                       )
17         Defendants.                 )
                                       )
18

19      JOINT CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE

20 JUDGE

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

HARRINGTON, FOXX, DUBROW & CANTER, LLP
655 MONTGOMERY STREET, SUITE 1100
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE (415) 288-6600

1  In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned
2  parties hereby voluntarily consent to have a United States Magistrate Judge conduct any and all
3  further proceedings in the case, including trial, and order the entry of a final judgement. Appeal
4  from the judgment shall be taken directly to the United States Court of Appeals for the Ninth
5  Circuit.

DATED: June 20, 2008            LAW OFFICES OF SHELLY A. GORDON

                                By: *Shelly A. Gordon*
                                SHELLY A. GORDON
                                Attorneys for MURRAY GORDON, JANET
                                GORDON, CO-TRUSTEES OF THE
                                GORDON FAMILY TRUST AND LOIS
                                ARNOLD, TRUSTEE OF THE RICHARD
                                ARNOLD FAMILY TRUST

DATED: June 23 2008             HARRINGTON, FOXX, DUBROW & CANTER, LLP

                                By: _____
                                KEVIN J. GRAY
                                Attorneys for OFFICEMAX NORTH
                                AMERICA, INC.

-2-
JOINT CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

PROOF OF SERVICE
*Murray Gordon, et al. v. Office Max, et al.*

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 655 Montgomery Street, Suite 1100, San Francisco, California 94111.

On **June 23, 2008**, I served the foregoing document described as follows:

**JOINT CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as stated below:

Shelly A. Gordon
Law Offices of Shelly A. Gordon
1946 Embarcadero, Suite 200
Oakland, CA 94606

BY MAIL AS FOLLOWS:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **June 23, 2008**, at San Francisco, California.

☐  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒  (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
BERLITA M. UMADHAY

PROOF OF SERVICE

1  HARRINGTON, FOXX, DUBROW & CANTER, LLP
   KEVIN J. GRAY, State Bar No. 142685
2  655 Montgomery Street, Suite 1100
   San Francisco, California 94111
3  Telephone (415) 288-6600
   Facsimile (415) 288-6618
4  kgray@hfdclaw.com

5  Attorneys for OFFICEMAX NORTH AMERICA,
   INC.
6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12 MURRAY GORDON, JANET GORDON, CO-  ) CASE NO. C 08-01677 EDL
   TRUSTEES OF THE GORDON FAMILY     )
13 TRUST AND LOIS ARNOLD, TRUSTEE OF  )
   THE RICHARD ARNOLD FAMILY TRUST,   ) JOINT CONSENT TO PROCEED BEFORE
                                      ) A UNITED STATES MAGISTRATE
14         Plaintiffs,                ) JUDGE
                                      )
15    v.                              )
                                      )
16 OFFICEMAX, INC., DOES 1-20,,       )
                                      )
17         Defendants.                )
                                      )
18

19      JOINT CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE

20 JUDGE

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

---

JOINT CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

*Side margin:* HARRINGTON, FOXX, DUBROW & CANTER, LLP
655 MONTGOMERY STREET, SUITE 1100
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE (415) 288-6600

1  In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned
2  parties hereby voluntarily consent to have a United States Magistrate Judge conduct any and all
3  further proceedings in the case, including trial, and order the entry of a final judgement. Appeal
4  from the judgment shall be taken directly to the United States Court of Appeals for the Ninth
5  Circuit.

7  DATED: June 20, 2008             LAW OFFICES OF SHELLY A. GORDON

9                                   By: /s/ Shelly A. Gordon
10                                      SHELLY A. GORDON
                                        Attorneys for MURRAY GORDON, JANET
11                                      GORDON, CO-TRUSTEES OF THE
                                        GORDON FAMILY TRUST AND LOIS
12                                      ARNOLD, TRUSTEE OF THE RICHARD
                                        ARNOLD FAMILY TRUST

15 DATED: June 23 2008              HARRINGTON, FOXX, DUBROW & CANTER, LLP

17                                  By: /s/
                                        KEVIN J. GRAY
18                                      Attorneys for OFFICEMAX NORTH
                                        AMERICA, INC.

HARRINGTON, FOXX, DUBROW & CANTER, LLP
655 MONTGOMERY STREET, SUITE 1100
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE (415) 288-6600

PROOF OF SERVICE
*Murray Gordon, et al. v. Office Max, et al.*

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 655 Montgomery Street, Suite 1100, San Francisco, California 94111.

On **June 23, 2008**, I served the foregoing document described as follows:

**JOINT CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as stated below:

Shelly A. Gordon
Law Offices of Shelly A. Gordon
1946 Embarcadero, Suite 200
Oakland, CA 94606

BY MAIL AS FOLLOWS:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **June 23, 2008**, at San Francisco, California.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
BERLITA M. UMADHAY

PROOF OF SERVICE