1  HARRINGTON, FOXX, DUBROW & CANTER, LLP
   KEVIN J. GRAY, State Bar No. 142685
2  655 Montgomery Street, Suite 1100
   San Francisco, California 94111
3  Telephone (415) 288-6600
   Facsimile (415) 288-6618
4  kgray@hfdclaw.com

5  Attorneys for OFFICEMAX NORTH AMERICA, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MURRAY GORDON, JANET GORDON, CO-TRUSTEES OF THE GORDON FAMILY TRUST AND LOIS ARNOLD, TRUSTEE OF THE RICHARD ARNOLD FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICEMAX, INC., DOES 1-20,,<br><br>Defendants. | CASE NO. C 08-01677 EDL<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1) Plaintiffs, MURRAY GORDON, JANET GORDON, CO-TRUSTEES OF THE GORDON FAMILY TRUST AND LOIS ARNOLD, TRUSTEE OF THE RICHARD ARNOLD FAMILY TRUST and Defendant OFFICEMAX NORTH AMERICA, INC., through their attorneys' undersigned, stipulate and agree as follows:

1.  The above-captioned matter may be dismissed as to all claims and all Defendants, with prejudice;

///

///

STIPULATION OF DISMISSAL AND ORDER THEREON

2. Each party is to bear their/its own costs and attorneys' fees as per the Settlement Agreement;

3. The Court shall retain jurisdiction for purposes of enforcing the settlement agreement; and

4. This stipulation and order may be signed in counterparts.

DATED: June 17, 2008

LAW OFFICES OF SHELLY A. GORDON

By: _____
SHELLY A. GORDON
Attorneys for MURRAY GORDON, JANET GORDON, CO-TRUSTEES OF THE GORDON FAMILY TRUST AND LOIS ARNOLD, TRUSTEE OF THE RICHARD ARNOLD FAMILY TRUST

DATED: June 19, 2008

HARRINGTON, FOXX, DUBROW & CANTER, LLP

By: _____
KEVIN J. GRAY
Attorneys for OFFICEMAX NORTH AMERICA, INC.

**ORDER**

Pursuant to the stipulation of the parties, **IT IS ORDERED** that the above-captioned matter is dismissed as to all claims and all Defendants, with prejudice, and that the court shall retain jurisdiction for purposes of enforcing the settlement agreement.

DATED: June 25, 2008

_____
The Honorable ELIZABETH D. LAPORTE
United States Magistrate Judge

*IT IS SO ORDERED*
/s/ Judge Elizabeth D. Laporte

-2-
STIPULATION OF DISMISSAL AND ORDER THEREON

HARRINGTON, FOXX, DUBROW & CANTER, LLP
655 MONTGOMERY STREET, SUITE 1100
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE (415) 288-6600